UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
Computer World Solutions, Inc. § Case No. 07-21123
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter       of the United States Bankruptcy Code was filed on          . The case was converted to one under Chapter 7 on           . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was ___ . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____ . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____ as interim compensation and now requests a sum of $_____ , for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____ , and now requests reimbursement for expenses of $____ , for total expenses of $_____ [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/STEVEN R. RADTKE_____
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 07-21123 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Computer World Solutions, Inc. | | | | Date Filed (f) or Converted (c): | 04/21/2011 (c) |
| | | | | | 341(a) Meeting Date: | 08/08/2011 |
| For Period Ending: | 10/22/2012 | | | | Claims Bar Date: | 11/30/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Thirteen adversary proceedings and possible fraudulent conve (u) | 1,503,204.00 | 1,503,204.00 | | 140,000.00 | FA |
| 2. 40 Foot Recreational Vehicle | 146,814.00 | 146,814.00 | | 50,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.25 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)     $1,650,018.00     $1,650,018.00          $190,007.25     $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pending litigation; 13 adversary cases; Application to approve compromise pending set for hearing 12/15/11; motion granted; adversary cases closed; working on fee petitions and TFR

Initial Projected Date of Final Report (TFR): 08/26/2013     Current Projected Date of Final Report (TFR):

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 07-21123 | | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Computer World Solutions, Inc. | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX0146 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX7516 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/22/2012 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/12 | | Transfer from Acct # xxxxxx0441 | Transfer of Funds | 9999-000 | $107,713.47 | | $107,713.47 |
| 09/21/12 | 2 | Patrick J. O'Malley<br>Assignee for the Benefit of Creditors of Computer World Solution, Inc.<br>70 West Madison Street, Suite 2300<br>Chicago, IL 60602 | Proceeds of Sale of Recreational Vehicle | 1129-003 | $50,000.00 | | $157,713.47 |
| 09/21/12 | 2 | Patrick J. O'Malley<br>Assignee for the Benefit of Creditors of Computer World Solution, Inc.<br>70 West Madison Street, Suite 2300<br>Chicago, IL 60602 | Proceeds of Sale of Recreational Vehicle Reversal<br>Forgot to put in net deposit figure | 1129-003 | ($50,000.00) | | $107,713.47 |
| 09/21/12 | 2 | Patrick J. O'Malley<br>Assignee for the Benefit of Creditors of Computer World Solution, Inc.<br>70 West Madison Street, Suite 2300<br>Chicago, IL 60602 | Proceeds of Sale of Recreational Vehicle | 1129-000 | $50,000.00 | | $157,713.47 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $157,713.47 | $0.00 |
| Less: Bank Transfers/CD's | $107,713.47 | $0.00 |
| Subtotal | $50,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $50,000.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*         Page Subtotals:         $157,713.47         $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 07-21123 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Computer World Solutions, Inc. | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX0441 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX7516 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/22/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/04/12 | 1 | Elaine L. Najman<br>1800 Mission Hills Road<br>Northbrook, IL 60062 | Payment of proceeds of global settlement | 1241-000 | $7,895.88 | | $7,895.88 |
| 01/04/12 | 1 | Stuart M. Biegel<br>401 Chapel Hill Lane<br>Northfield, IL 60093-2905 | Payment of proceeds of global settlement | 1241-000 | $862.88 | | $8,758.76 |
| 01/04/12 | 1 | Ryan and Juraska Certified Public Accountants<br>141 W. Jackson Boulevard<br>Chicago, IL 60604 | Payment of proceeds of global settlement | 1241-000 | $680.96 | | $9,439.72 |
| 01/04/12 | 1 | George & Catherine Reichl<br>353 Park Drive<br>Palatine, IL 60067-7757 | Payment of proceeds of global settlement | 1241-000 | $7,674.83 | | $17,114.55 |
| 01/04/12 | 1 | Packaging Source Inc.<br>5855 Arminta Avenue<br>Frisco, TX 75034 | Payment of proceeds of global settlement | 1241-000 | $7,742.74 | | $24,857.29 |
| 01/04/12 | 1 | George & Susan Kelley<br>5233 Sky Lake Drive<br>Plano, TX 75093 | Payment of proceeds of global settlement | 1241-000 | $7,507.77 | | $32,365.06 |
| 01/04/12 | 1 | Laurence R. and Mrs. Loanne G. Klein<br>4045 Crestwood Drive<br>Northbrook, IL 60062-7542 | Payment of proceeds of global settlement | 1241-000 | $7,894.96 | | $40,260.02 |
| 01/04/12 | 1 | Larry R. Taub<br>5704 Cedar Grove Cir<br>Plano, TX 75093 | Payment of proceeds of global settlement | 1241-000 | $6,062.43 | | $46,322.45 |
| 01/04/12 | 1 | Craig Sulak | Payment of proceeds of global settlement | 1241-000 | $820.31 | | $47,142.76 |
| 01/04/12 | 1 | Peter Schreter<br>6338 Victoria, Suite 8 | Payment of proceeds of global settlement | 1241-000 | $888.57 | | $48,031.33 |
| 01/04/12 | 1 | Leslie M. Hefter<br>1110 N. Lakeshore Drive, Apt. 31S<br>Chicago, IL 60611-1054 | Payment of proceeds of global settlement | 1241-000 | $7,674.83 | | $55,706.16 |
| 01/04/12 | 1 | Gatex Properties Inc.<br>1245 Sherbrooke St.W. Suite 1840<br>Montreal, Quebec<br>Canada H3G 1G2 | Payment of proceeds of global settlement | 1241-000 | $882.02 | | $56,588.18 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*                              Page Subtotals:                 $56,588.18                 $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-21123 | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|
| Case Name: | Computer World Solutions, Inc. | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX0441 |
| | | | Money Market Account |
| Taxpayer ID No: | XX-XXX7516 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/22/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/11/12 | 1 | Astor Financial LLC<br>111 S. Wacker Drive, Suite 3950<br>Chicago, IL 60606 | Payment of proceeds of global settlement | 1241-000 | $83,411.82 | | $140,000.00 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.70 | | $140,000.70 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $1.11 | | $140,001.81 |
| 02/29/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $166.39 | $139,835.42 |
| 03/08/12 | 1001 | Steven R. Radtke<br>Chill, Chill & Radtke, P.C.<br>79 West Monroe Street, Suite 1305<br>Chicago, IL 60603 | Interim Trustee's Attorneys' Fees per order of Court dated 2/29/12 | 3110-000 | | $31,462.50 | $108,372.92 |
| 03/08/12 | 1002 | Steven R. Radtke<br>Chill, Chill & Radtke, P.C.<br>79 West Monroe Street, Suite 1305<br>Chicago, IL 60603 | Interim Trustee's Attorneys' Expenses per order of Court dated 2/29/12 | 3120-000 | | $248.64 | $108,124.28 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.97 | | $108,125.25 |
| 03/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $142.04 | $107,983.21 |
| 04/30/12 | INT | Bank of America | Interest Rate Posting | 1270-000 | $0.89 | | $107,984.10 |
| 04/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $137.19 | $107,846.91 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.91 | | $107,847.82 |
| 05/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $137.02 | $107,710.80 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.87 | | $107,711.67 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.92 | | $107,712.59 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*          Page Subtotals:          $83,418.19     $32,293.78

Case 07-21123    Doc 275    Filed 11/16/12    Entered 11/16/12 10:52:06    Desc Main
Document    Page 7 of 12

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 07-21123
Case Name: Computer World Solutions, Inc.
Taxpayer ID No: XX-XXX7516
For Period Ending: 10/22/2012

Trustee Name: STEVEN R. RADTKE
Bank Name: Bank of America
Account Number/CD#: XXXXXX0441
Money Market Account
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/12 | INT | Bank of America |  | 1270-000 | $0.88 |  | $107,713.47 |
| 08/31/12 |  | Transfer to Acct # xxxxxx0146 | Transfer of Funds | 9999-000 |  | $107,713.47 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $140,007.25 | $140,007.25 |
| Less: Bank Transfers/CD's | $0.00 | $107,713.47 |
| Subtotal | $140,007.25 | $32,293.78 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $140,007.25 | $32,293.78 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*                    Page Subtotals:                    $0.88          $107,713.47

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0146 - Checking | $50,000.00 | $0.00 | $157,713.47 |
| XXXXXX0441 - Money Market Account | $140,007.25 | $32,293.78 | $0.00 |
| | $190,007.25 | $32,293.78 | $157,713.47 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $190,007.25 |
| Total Gross Receipts: | $190,007.25 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                    Page Subtotals:                    $0.00         $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 07-21123　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date: October 22, 2012
Debtor Name: Computer World Solutions, Inc.
Claims Bar Date: 11/30/2011

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br><br>, | Administrative | | $0.00 | $12,750.36 | $12,750.36 |
| 35 100 2950 | Office Of The U. S. Trustee<br>Office Of The U.S. Trustee<br>&lt;B&gt;(Administrative)&lt;/B&gt;<br>219 South Dearborn St.<br>Room 873<br>Chicago, Il 60606 | Administrative | | $0.00 | $650.00 | $650.00 |
| 100 3110 | Steven R. Radtke<br>79 West Monroe Street, Suite 1305<br>Chicago, IL 60603 | Administrative | | $0.00 | $3,525.00 | $3,525.00 |
| 100 3220 | Steven R. Radtke<br>79 West Monroe Street, Suite 1305<br>Chicago, IL 60603 | Administrative | | $0.00 | $83.90 | $83.90 |
| 100 3410 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $0.00 | $3,460.00 | $3,460.00 |
| 150 3701 | Perkins Coie Llp<br>&lt;B&gt;(Administrative)&lt;/B&gt;<br>Attn: Daniel A. Zazove<br>131 S. Dearborn, Ste. 1700<br>Chicago, Il. 60603-5559 | Administrative | | $0.00 | $145,162.00 | $145,162.00 |
| 150 3702 | Perkins Coie Llp<br>&lt;B&gt;(Administrative)&lt;/B&gt;<br>Attn: Daniel A. Zazove<br>131 S. Dearborn, Ste. 1700<br>Chicago, Il. 60603-5559 | Administrative | | $0.00 | $7,871.19 | $7,871.19 |
| | Case Totals | | | $0.00 | $173,502.45 | $173,502.45 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-21123
Case Name: Computer World Solutions, Inc.
Trustee Name: STEVEN R. RADTKE

        Balance on hand                            $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Attorney for Trustee Fees: Steven R. Radtke | $ | $ | $ |
| Attorney for Trustee Expenses: Steven R. Radtke | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Fees: Office Of The U. S. Trustee | $ | $ | $ |
| Other: Perkins Coie Llp | $ | $ | $ |
| Other: Perkins Coie Llp | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses             $_____
    Remaining Balance                                                           $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $   must be paid in advance of any dividend to general (unsecured) creditors.

   Allowed priority claims are:

<div align="center">NONE</div>

   The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

   Timely claims of general (unsecured) creditors totaling $   have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be   percent, plus interest (if applicable).

   Timely allowed general (unsecured) claims are as follows:

<div align="center">NONE</div>

   Tardily filed claims of general (unsecured) creditors totaling $   have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be   percent.

   Tardily filed general (unsecured) claims are as follows:

<div align="center">NONE</div>

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $   have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be   percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE