# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Computer World Solutions, Inc. | § | Case No. 07-21123 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application(s) and any objection to the Final Report will be held at:

9:30 a.m. on December 20, 2012
in Courtroom 680, U.S. Courthouse
219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____Kenneth S. Gardner_____
                                              Clerk of the Bankruptcy Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Computer World Solutions, Inc. § Case No. 07-21123
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 190,007.25 |
| and approved disbursements of | $ | 32,293.78 |
| leaving a balance on hand of[1] | $ | 157,713.47 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 12,750.36 | $ 0.00 | $ 12,750.36 |
| Attorney for Trustee Fees: Steven R. Radtke | $ 3,525.00 | $ 0.00 | $ 3,525.00 |
| Attorney for Trustee Expenses: Steven R. Radtke | $ 83.90 | $ 0.00 | $ 83.90 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 3,460.00 | $ 0.00 | $ 3,460.00 |
| Fees: Office Of The U. S. Trustee | $ 650.00 | $ 0.00 | $ 650.00 |
| Other: Perkins Coie Llp | $ 145,162.00 | $ 0.00 | $ 130,185.12 |
| Other: Perkins Coie Llp | $ 7,871.19 | $ 0.00 | $ 7,059.09 |
| Total to be paid for chapter 7 administrative expenses | | $ | 157,713.47 |
| Remaining Balance | | $ | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 07-21123-JPC
Computer World Solutions, Inc.                                          Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster              Page 1 of 4                Date Rcvd: Nov 21, 2012
                              Form ID: pdf006              Total Noticed: 130

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2012.
```
db         +Computer World Solutions, Inc.,    1550 Abbott Drive,    Wheeling, IL 60090-5820
11870712   +3B Tech Inc,    3431 William Richardson Drive,    Ste B,    South Bend, In 46628-9477
11870717   +AF Services LLC,    Attn: Billing Dept,    2555 West 190th Street,    Torrance, CA 90504-6002
11870803   +AT&T,   Bankruptcy Department,    PO Box 769,    Arlington TX 76004-0769
11870342    AT&T Bellsouth,    PO Box 70529,    Charlotte, NC  28272
11870804    AT&T Wireless Services Inc,    Bankruptcy Department,    PO Box 309,    Portland OR 97207-0309
11964956   +American Express,   PO Box 0001,    Los Angeles, CA 90096-8000
11870782    American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355 0701
11870783   +Apple Fund LP,    111 S Wacker Drive,    Ste 3950,    Chicago, IL 60606-4320
11870346   +BMW Financial Services,    Ascension Capital Group,    P O Box 201347,    Arlington, TX 76006-1347
18044170   +BMW Financial Services NA LLC,    P O Box 201347,    Arlington, TX 76006-1347
11870343   +Banc of America Leasing,    Lease Administration Center,    PO Box 371992,
             Pittsburgh, PA 15250-7992
11964957   +Banc of America Leasing,    PO Box 371992,    Pittsburgh, PA 15250-7992
11870784   +Bank of America,    Business Card,    PO Box 15710,    Wilmington, De 19886-5710
11870785   +Barnes & Thornburg,    One North Wacker Drive,    Ste 4400,    Chicago, IL 60606-2841
12336656   +Barnes & Thornburg LLP,    1 N. Wacker Dr., Suite 4400,    Chicago, IL 60606-2841
11870344   +Bart Development LLC,    8400 NW 66th Street,    Miami, FL 33166-2629
11870786   +Blackman Killick Barteistein LLP,    2796 Eagle Way,    Chicago, IL 60678-1027
11870787   +BlueCross BlueShield of Illinois,    300 East Randolph,    Chicago, IL 60601-5099
11870345   +BlueCross BlueShield of Illinois,    Healthcare Service Corp,    PO Box 1186,
             Chicago, IL 60690-1186
11964959   +BlueCross Blueshield of Illinois,    PO Box 1186,    Chicago, IL 60690-1186
11870351   +CHEP USA,    PO Box 8500-54313,    Philadelphia, PA 19178-0001
11870349   +Cardmember Sevice,    PO Box 15153,    Wilmington, DE 19886-5153
11870350   +Chase Card Services,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
11870540   +Cinnerce Technologies Inc,    255 Fuller Road,    Ste 327,    Albany, NY 12203-3604
11870352   +Circle Delivery Service Inc,    PO Box 100595,    Nashville, TN 37224-0595
11870538    Citi Platinum Select Card,    PO Box 688914,    Des Moines, IA  50368
11870536   +Citibank Aadvantage Business Card,    PO Box 6309,    The Lakes, NV 88901-6309
11870788   +Citibank Card,    Citibusiness Attn: Payments,    1500 Voltonfield Street,
             Columbus, OH 43228-3669
11870537    Citibusiness Card,    PO Box 688906,    Des Moines, IA  50368
11870539   +Commerence Technologies Inc,    PO Box 33197,    Hartford, CT 06150-3197
11870541   +Cook County Treasurer,    PO Box 4468,    Carol Stream, IL 60197-4468
11870542   +DHL Express (USA) Inc,    14105 Collections Ctr Dr,    Chicago, IL 60693-0141
11870789    DIWEI Industrial Co, Ltd,    No. 1-4 Wunan Road,    Taichung, Taiwan  435
11870397   +Danny Zoller,    111 South Wacker Drive,    Suite 3950,    Chicago, IL 60606-4320
12876092   +Darlene Horne,    136 Layman Ave,    Bridgeport, WV 26330-1106
12058053   +Dr Dolores Graf Schrickel,    Back & Spine Center of Westchester,    7862 Kingland Dr Suite 201,
             West Chester, OH 45069-2573
11952772   +Drew Thomsen,    1835 Hartford Court,    Bettendorf, IA 52722-3951
11870543   +ECOST.COM,   PO Box 951880,    Dallas, TX 75395-1880
11780165   +FEDEX Customer Information Serv,    attn: Revenue Recovery/Bankruptcy,
             2005 Corporate Ave 2nd Floor,    Memphis, TN 38112-1702
11870544   +Fed Ex,   PO Box 94515,    Palatine, IL 60094-4515
11964954    Fifth Third Bank,    Attn: Richard Boman Special Asset,    RSCB3C, 1830 E Paris Ave,
             Grand Rapids, MI  49301
18108703   +Fifth Third Bank,    c/o Foley & Lardner LLP,    Attn: Michael Small & Lars A. Peterson,
             321 N. Clark Street, Suite 2800,    Chicago, IL 60654-5313
11870790   +Fifth Third Bank (Chicago),    c/o Micahel Small, Foley & Lardner,    321 N Clark Street #2800,
             Chicago, IL 60654-5313
11870546   +Figliulo & Silverman,    10 S LaSalle St, Ste 3600,    Attn: Jeff D Harris,
             Chicago, IL 60603-1032
11870547   +First Equity Card Corp,    PO Box 23029,    Columbus, GA 31902-3029
11870791   +First Equity Card Corp,    1415 Warm Spring Road,    Columbus, GA 31904-8366
11870792   +Form Factory,    8329 Lost Pine Court,    Las Vegas, NV 89128-7600
11947600   +Fortunato Craig,    1266 Altoona Ave,    Spring Hill, FL 34609-6313
11870347   +Frank CAI, CPA, PC,    552 S Washington St Ste 209,    Naperville, IL 60540-6670
11870793   +Frank Cal, CPA PC,    552 S Washington Street,    Ste 209,    Naperville, IL 60540-6670
11870549   +Global Purchasing Solution,    70756 Lakeview Dr,    White Peigon, MI 49099-9044
12072875   +Global Purchasing Solutions Inc,    Bodie J Stegelmann Esq,    P O Box 575,    Goshen, IN 46527-0575
11870714   +Guest Supply, Inc,    4301 US Highway One,    PO Box 902,    Monmouth Junction, NJ 08852-0902
11953303   +Harley Aifkin,    1733 Marcia Dr,    Orlando, FL 32807-6353
12010782    Hartford Fire Insurance Company,    Bankruptcy Unit T 1 55,    Hartford Plaza,    Hartford, CT 06115
12316699    Hartford Fire Insurance Company,    Hank Hoffman,    Hartford Plaza,    Hartford, CT 06115
11870550   #+Hartford, The,    PO Box 2907,    Hartford, CT 06104-2907
11870551   +Hinckley Springs,    PO Box 660579,    Dallas, TX 75266-0579
11870552   #+Home Depot Credit Svcs,    PO Box 6925,    The Lakes, NV 88901-6925
12296472   +Human Rights Watch,    Kathleen Buchser,    1408 Sunview Rd,    Cleveland, OH 44124-1346
15788474    Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11870715   +Insight Enterprises Inc,    6820 Harl Ave,    Tempe, AZ 85283-4318
11870794   +International CES,    1919 Eads Street,    Arlington, VA 22202-3028
11964960    International CES,    PO Box 759083,    Baltimore, MD 21275-9083
```

```
District/off: 0752-1          User: gbeemster              Page 2 of 4                   Date Rcvd: Nov 21, 2012
                              Form ID: pdf006              Total Noticed: 130


12125708     +International CES,   MetroGroup Inc,    Attn Lee,   61 Broadway Suite 1410,
               New York, New York 10006-2758
11870553     +JEVIC,   PO Box 13031,   Newark, NJ 07188-3031
11964634     +James L Rieflin,   1506 Poplar Ave,   Salem, VA 24153-2406
11870554    #+Joe King,   101 Rolling Green Court,   Warwick, PA 18974-6102
12544514     +Kohlberg William,   24 Girard Street,   Marlboro, NJ 07746-1005
11870545     +Kristin R Fox Esq,   The Plaza Building,    210 S Michigan St Ste 110,   South Bend, IN 46601-2017
11870348     +Kuo-Hsiu Chang,   2N,460 Glen Ellyn Rd,   Glen Ellyn, IL 60139-3347
11870795     +Legacy Entertainment,   5348 Cleon Avenue,   North Hollywood, CA 91601-2900
11870556     +Leone, Halpin & Konopinski, LLP,    Ms. Kristin R Fox Esq,    521 West Colfax Ave,
               South Bend, IN 46601-1505
11870557      Liston & Lafakis, PC,   33 North Lasalle Stree,    25th Fl,   Chicago, IL  60602
12052741     +Matarazzo Robert,   43 Beachview Road,   East Boston, MA 02128-1001
11870579     +Miller Shakman & Beem LLP,   Attn: Eric Oesterie,    180 N Lasalle St Ste 3600,
               Chicago, IL 60601-2805
11964961     +Mutual Investments Group Inc,   366 Cokes Drive,   Toms River, NJ 08753-4257
12654445     +Neil Koppelman,   2 Pepper Creek Dr,   Pepper Pike, OH 44124-5248
11870580     +Nissan Motor Acceptance Corp,   PO Box 0548,   Carol Stream, IL 60132-0548
11773521     +Nissan Motor Infiniti LT,   Po Box 660366,   Dallas, Tx 75266-0366
11870716     +PC Connection Services,   730 Millford Road,   Merrimack, NH 03054-4612
12595996     +PRA Receivables Management, Llc,    As Agent Of Portfolio Recovery Assocs.,
               c/o Advanta Bank Corp.,   POB 41067,   NORFOLK VA 23541-1067
17322727     +Patrick J O’Malley,   70 West Madison,    Suite 2300,   Chicago, IL 60602-4250
11870581     +Paychex,   4300 Weaver Parkway,    Ste #100,   Warrenville, IL 60555-3920
11870582     +Perkins Coie LLP,   Attn: Daniel A. Zazove,   131 S Dearborn, Ste 1700,   Chicago, IL 60603-5559
11870558     +Platinum Plus for Business,   PO Box 15469,   Wilminton, DE 19886-5469
11964962     +Promotion Fulfillment Center,   29755 Beck Road,   Wixom, MI 48393-2834
11870796      Promotion Fulfillment Center,   311 Twenty First Street,   Camanche, IA  52730
12202894     +Promotion Fulfillment Center,   P O Box 2955,   Clinton, Iowa 52733-2955
11870583     +Promotion Fullfillment Center,   PO Box 4172,   Davenport, IA 52808-4172
11870584     +Rep Vantage Inc,   166 Cambria Drive,   Dayton, OH 45440-3541
18655383     +Robert Stein,   c/o Neal, Gerber & Eisenberg LLP,    William Choslovsky,
               Two North LaSalle Street, Suite 1700,    Chicago, IL 60602-4000
11870585     +Saia Motor Freight Line Inc,   PO Box 730532,   Dallas, TX 75373-0532
12590912     +Saidian Shahin,   6343 B Rolling Rd,   Springfied, VA 22152-2440
12064537     +Scherdell, Derrick,   2017 E Milwaukee St,   Janesville, WI 53545-2649
11870797     +Shapero, Olefsky & Company,   425 Huehl Road,    Ste 12A,   Northbrook, IL 60062-2366
11870586     +Shapiro, Olefsky & Com CPAS,   425 Huehl Rd Ste 12A,   Northbrook, IL 60062-2366
11964963     +Steve Daich Signs,   3701 S Iron Street,   Chicago, IL 60609-2111
11870589     +Sussex Financial Group Inc,   155 Pfingsten Rd,    Ste 370,   Deerfield, IL 60015-4928
17675074     +UNITED PARCEL SERVICE,    c/o Receivable Management Services,    P O Box 4396,
               Timonium, MD 21094-4396
11870590     +Uline Shipping Supply Specialists,   2200 S Lakeside Drive,    Waukegan, IL 60085-8361
11870704     +United Parcel Service,   Lockbox 577,   Carol Stream, IL 60132-0577
11870705     +Village of Wheeling,   PO Box 88045,   Chicago, IL 60680-1045
11870709     +WF Business Direct,   Payment Remittance Center,    PO Box 54349,   Los Angeles, CA 90054-0349
11870707     +Washington State Dept of Ecology,   PO Box 5128,   Lacey, WA 98509-5128
11870708     +Waste Management,   PO Box 4648,   Carol Stream, IL 60197-4648
12137245     +Watson Karren H,   117 Tarpon Trail SE,   Cartersville, GA 30121-7659
11760415     +Wells Fargo Bank,   BDD Loss Control,   PO Box 53476,   Phoenix, AZ 85072-3476
11870798      Wells Fargo Business Direct,    Payment Remittance Center,    Los Angeles, CA  90054
11964964     +Wells Fargo Business Line,   PO Box 54349,   Los Angeles, CA 90054-0349
12077073     +Wierzbicki Joseph,   615 Bay Hill Dr Apt 8,   Traverse City, MI 49684-6609
11947673     +Wind of the Spirit Worship Center,   6476 Streeter Ave,    Riverside, CA 92504-1610
11870710     +World Sourcing Solutions,   70756 Lakeview Drive,   White Pigeon, MI 49099-9044
12072838     +Worldwide Sourcing Solutions LLC,   Bodie J Stegelmann Esq,    P O Box 575,
               Goshen, IN 46527-0575
12251882     +Wright George E,   8100 Crosby St,   Mason Neck, VA 22079-3504
11870799     +Yellow Transportation Inc,   10990 Roe Avenue,    Overland, KS 66211-1213
11870711     +Yellow Transportation Inc,   PO Box 73149,   Chicago, IL 60673-7149
11921247     +Yellow Transportation Inc,   Receivable Management Services,    P O Box 5126,
               Timonium, Maryland 21094-5126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11870801     +E-mail/Text: bankrup@nicor.com Nov 22 2012 02:08:55      (NICOR) Northern Illinois Gas,
               Attention Bankruptcy & Collections,   PO Box 549,   Aurora IL 60507-0549
11870781      E-mail/Text: bkr@cardworks.com Nov 22 2012 02:12:58      Advanta Bank Corp,   11850 Election Road,
               Salt Lake City, UT  84020
11964955      E-mail/Text: bkr@cardworks.com Nov 22 2012 02:12:58      Advanya Bank Corp,   PO Box 8088,
               Philadephia, PA 19101-8088
11965065      E-mail/Text: legalcollections@comed.com Nov 22 2012 02:11:38       ComEd Company,
               Attn Revenue Management Dept,   2100 Swift Drive,   Oak Brook IL 60523-1559
11870548     +E-mail/Text: Bankruptcy@fpl.com Nov 22 2012 02:13:25      FPL,   General Mail Facility,
               Miami, FL 33188-0001
11851593      E-mail/Text: cio.bncmail@irs.gov Nov 22 2012 02:07:05      Department of Treasury,
               Internal Revenue Service,   Centralized Insolvency Operation,   PO Box 21126,
               Philadelphia, PA  19114
11870555     +E-mail/Text: rita.robles@key.com Nov 22 2012 02:14:33      Key Equipment Finance Inc,
               600 Travis Street,   Ste 1300,   Houston, TX 77002-3009
```

```
District/off: 0752-1           User: gbeemster              Page 3 of 4                  Date Rcvd: Nov 21, 2012
                               Form ID: pdf006              Total Noticed: 130
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
12052813      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2012 02:23:23     Menard Inc,   4777 Menard Drive,
               Eau Claire, WI 54703-9604
17384237      +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Nov 22 2012 02:19:15      Office of the U.S. Trustee,
               219 South Dearborn St.,    Room 873,   Chicago,   IL 60604-2027
11822726       E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2012 02:29:03
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11870706       E-mail/Text: CTRESS@WHEELINGIL.GOV Nov 22 2012 02:12:49      Village of Wheeling,
               255 W Dundee Road,    Wheeling, IL  60090
                                                                                             TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Regina L Ori,    Perkins Coie LLP
11965101*     +(NICOR) Northern Illinois Gas,    Attention Bankruptcy & Collections,    PO Box 549,
               Aurora IL 60507-0549
11964966*     +AT&T,   Bankruptcy Department,    PO Box 769,   Arlington TX 76004-0769
11964967*      AT&T Wireless Services Inc,    Bankruptcy Department,    PO Box 309,   Portland OR 97207-0309
17533818*      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,   Malvern  PA 19355-0701
18007901*      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
18070350*     +Key Equipment Finance Inc,    600 Travis Street,   Ste 1300,   Houston, TX 77002-3009
18112565*      Perkins Coie LLP,    Attn: Daniel A. Zazove,   131 S. Dearborn, Ste. 1700,
               Chicago, IL. 60603-5559
11964958      ##+Bank of America,   PO Box 37291,   Baltimore, MD 21297-3291
11870718      ##+Fifth Third Bank,    346 W Carol Lane,   Elmhurst, IL 60126-1003
11870713      ##+Fox Law Firm,   Kristin R F,    210 S Michigan Street,   Ste 110,   South Bend, IN 46601-2017
12379057      ##+PC Mall Inc a Delaware Corporation,    Jeffrey M Galen Esq,    Galen & Davis LLP,
               16255 Ventura Blvd Suite 900,    Encino, CA 91436-2317
11870587      ##+Simeri & Company PC,    The Probst House,   520 E Colfax Ave,    South Bend, IN 46617-2716
11870588      ##+Software Analysis Corporation,    132 West Lake St,   Bloomingdale, IL 60108-1020
11870591      ##+United Business Solutions,    2171 Executive Drive,   Ste 250,   Addison, IL 60101-5626
11870592      ##+Universal Freight Systems,    1601 Brummel Ave,   Elk Grove Village, IL 60007-2125
                                                                                 TOTALS: 1, * 7, ## 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2012**               **Signature:**  _Joseph Speetjens_

```
District/off: 0752-1          User: gbeemster              Page 4 of 4                  Date Rcvd: Nov 21, 2012
                              Form ID: pdf006              Total Noticed: 130
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2012 at the address(es) listed below:
          Brian A. Audette    on behalf of Debtor   Computer World Solutions, Inc. baudette@perkinscoie.com,
           nsaldinger@perkinscoie.com;docketchi@perkinscoie.com
          Daniel A Zazove    on behalf of Debtor   Computer World Solutions, Inc. docketchi@perkinscoie.com
          David  Gold    on behalf of Debtor   Computer World Solutions, Inc. dgold@perkinscoie.com,
           jmatamoros@perkinscoie.com
          Jason  Horwitz    on behalf of Debtor   Computer World Solutions, Inc. jhorwitz@perkinscoie.com
          Jeremy C Kleinman    on behalf of Defendant   Catherine Reichl Trust DTD 10/4/04
           jkleinman@fgllp.com,    ccarpenter@fgllp.com
          Joanne  Lee    on behalf of Petitioning Creditor   Fifth Third Bank jlee@foley.com,   khall@foley.com
          Jonathan P Friedland    on behalf of Interested Party   Great American Group
           jfriedland@schiffhardin.com,    jsarantopoulos@lplegal.com
          Joseph D Frank    on behalf of Creditor   Elaine Najman jfrank@fgllp.com,
           ccarpenter@fgllp.com;knewman@menterlaw.com;jkleinman@fgllp.com
          Joseph P Kincaid    on behalf of Creditor   Nissan-Infiniti LT jkincaid@smbtrials.com
          Kenneth M Battle    on behalf of Defendant   Apple Fund, L.P. ,   accparalegal@att.net
          Kevin G Schneider    on behalf of Respondent   Astor Financial, LLC kschneider@ngelaw.com
          Mark A Berkoff    on behalf of Defendant   Apple Fund, L.P. mberkoff@ngelaw.com,   cdennis@ngelaw.com
          Michael S. Shapiro    on behalf of Petitioning Creditor   Fifth Third Bank mshapiro@foley.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Reed A Heiligman    on behalf of Defendant   Apple Fund, L.P. rheiligman@fgllp.com,
           ccarpenter@fgllp.com
          Steven R Radtke    sradtke@chillchillradtke.com,   sradtke@ecf.epiqsystems.com
          Steven R Radtke    on behalf of Plaintiff   Computer World Solution, Inc.
           sradtke@chillchillradtke.com
          William J. Choslovsky    on behalf of Creditor   Apple Fund, L.P. wchoslovsky@ngelaw.com
                                                                                                TOTAL: 18