# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Computer World Solutions, Inc. | § | Case No. 07-21123 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on            , and it was converted to chapter 7 on             .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/STEVEN R. RADTKE _____
                                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer PO Box 4468 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer PO Box 4468 Carol Stream, IL 60197 | | | | | |
| | Cook County Treasurer PO Box 4468 Carol Stream, IL 60197 | | | | | |
| | Cook County Treasurer PO Box 4468 Carol Stream, IL 60197 | | | | | |
| | Cook County Treasurer PO Box 4468 Carol Stream, IL 60197 | | | | | |
| | Cook County Treasurer PO Box 4468 Carol Stream, IL 60197 | | | | | |
| | Cook County Treasurer PO Box 4468 Carol Stream, IL 60197 | | | | | |
| | Cook County Treasurer PO Box 4468 Carol Stream, IL 60197 | | | | | |
| | Cook County Treasurer PO Box 4468 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank Attn; Richard Boman, Special Asset RSCB3C, 1830 East Paris Avenue Grand Rapids, MI 49301 | | | | | |
| | Fifth Third Bank Attn; Richard Boman, Special Asset RSCB3C, 1830 East Paris Avenue Grand Rapids, MI 49301 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| Bank of America | | | | | |
| Office Of The U. S. Trustee | | | | | |
| Steven R. Radtke | | | | | |
| Steven R. Radtke | | | | | |
| Steven R. Radtke | | | | | |
| Steven R. Radtke | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Popowcer Katten Ltd. | | | | | |
| Perkins Coie Llp | | | | | |
| Perkins Coie Llp | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanya Bank Corp PO Box 8088 Philadelphia, PA 19101-8088 USA | | | | | |
| | American Express PO Box 0001 Los Angeles, CA 90096-0001 USA | | | | | |
| | AT&T - Bell South PO Box 70529 Charlotte, NC 28272-0529 | | | | | |
| | AT&T Mobility PO Box 8100 Aurora, IL 60507-8100 USA | | | | | |
| | AT&T PO Box 8100 Aurora, IL 60507-8100 USA | | | | | |
| | Banc of America Leasing PO Box 371992 Pittsburgh, PA 152507992 USA | | | | | |
| | Bank of America PO Box 37291 Baltimore, MD 21297-3291 USA | | | | | |
| | Barnes & Thornburg One North Wacker Drive Chicago,IL 60606-2809 USA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blackman Kallick Bartelstein, LLP 2796 Eagle Way Chicago, IL 60678-1279 | | | | | |
| | Bluecross Blueshield of Illinois PO Box 1186 Chicago, IL 60690-1186 USA | | | | | |
| | BMW Financial Services PO Box 9001065 Louisville,KY 40290-1065 | | | | | |
| | Circle Delivery Service,Inc. PO Box 100595 Nashville, TN 37224-0595 USA | | | | | |
| | CitiBusiness Card PO Box 688906 Des Moines, IA 50368-8906 | | | | | |
| | COM ED Bill Payment Center Chicago,IL 60668-0001 | | | | | |
| | Commerence Technologies, Inc. PO Box 33197 Hartford, CT 06150-3197 USA | | | | | |
| | DHL Express (USA) Inc. 14105 Collections Ctr Dr Chicago, IL 60693 USA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ecost.com PO Box 951880 Dallas, TX 75395-1880 USA | | | | | |
| | Fed Ex PO Box 94515 Palatine, IL 60094-4515 | | | | | |
| | Fifth Third Bank 1830 East Paris Avenue Grand Rapids, IL 49301 | | | | | |
| | First Equity Card Corp PO Box 23029 Columbus, GA 31902-3029 | | | | | |
| | Form Factory 8329 Lost Pines Court Las Vegas, NV 89128 USA | | | | | |
| | FPL General Mail Facility Miami, FL 33188-0001 | | | | | |
| | Frank Cai, CPA, PC 552 S. Washington St Naperville,IL 60540 USA | | | | | |
| | Global Purchasing Solution 70756 Lakeview Dr White Piegon, MI 49099 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hinckley Springs PO Box 660579 Dallas, TX 75266-0579 USA | | | | | |
| | Home Depot Credit Svcs PO Box 6925 The Lakes, NV 88901-6925 | | | | | |
| | International CE PO Box 759083 Baltimore, MD 21275-9083 USA | | | | | |
| | Jevic PO Box 13031 Newark, NJ 07188 USA | | | | | |
| | Joe King 101 Rolling Green Court Warwick, PA 18974 | | | | | |
| | Key Equipment Finance Inc. 600 Travis Street Houston, TX 77002 | | | | | |
| | Kuo-Hsiu Chang 2N.460 Glen Ellyn Road Glen Ellyn, IL 60139 USA | | | | | |
| | Legacy Entertainment 5348 Cleon Avenue No. Hollywood, CA 91601 USA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mutual Investments Group Inc. 366 Cokes Drive Toms River, NJ 08753 USA | | | | | |
| | Nicor Gas PO Box 416 Aurora, IL 60568-0001 | | | | | |
| | Nissan Motor Acceptance Corporat PO Box 0548 Carol Stream, IL 60132-0548 USA | | | | | |
| | Paychex 4300 Weaver Parkway Warrenville, IL 60555 USA | | | | | |
| | PC Connection Services 730 Milford Road Merrimack, NH 03054-4831 uSA | | | | | |
| | Promotion Fulfillment Center 29755 Beck Road Wixom, MI 48393 USA | | | | | |
| | REP Vantage, Inc. 166 Cambria Drive Dayton, OH 45440 USA | | | | | |
| | SAIA Motor Freight Line Inc PO Box 730532 Dallas, TX 75373-0532 USA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Shapiro, Olefsky & Company CPAS 425 Huehl Road Northbrook, IL 60062 | | | | | |
| | Simeri and Company, P.C. 520 East Colfax Avenue South Bend, IN 46617 | | | | | |
| | Software Analysis Corporation 132 West Lake Street Bloomingdale, IL 60108 | | | | | |
| | Steve Daich Signs 3701 S. Iron Street Chicago, IL 60609 | | | | | |
| | The Hartford PO Box 2907 Hartford, CT 06104-2907 USA | | | | | |
| | ULine Shipping Supply Specialists 2200 S. Lakeside Drive Waukegan, IL 60085 USA | | | | | |
| | United Parcel Service Lockbox 577 Carol Stream, IL 60132 USA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Unprocessed rebate claims to unknown creditors (Promotion Fulfillment Center) | | | | | |
| | Unprocessed rebate claims to unknown creditors (Rebate Systems) | | | | | |
| | Unprocessed warranty claims to unknown creditors | | | | | |
| | Village of Wheeling 255 W. Dundee Road Wheeling, IL 60090 | | | | | |
| | Washington State Dept of Ecology PO Box 5128 Lacey, WA 98509-5128 | | | | | |
| | Waste Management PO Box 4648 Carol Stream, IL 60197-4648 | | | | | |
| | Wells Fargo Business Line PO Box 54349 Los Angeles, CA 90054-0349 USA | | | | | |
| | World Sourcing Solutions 70756 Lakeview Drive White Pigeon, MI 49099 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Yellow Transportation Inc PO Box 73149 Chicago, IL 60673-7149 USA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 07-21123 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Computer World Solutions, Inc. | | | | Date Filed (f) or Converted (c): | 04/21/2011 (c) |
| | | | | | 341(a) Meeting Date: | 08/08/2011 |
| For Period Ending: | 02/11/2013 | | | | Claims Bar Date: | 11/30/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Thirteen adversary proceedings and possible fraudulent conve (u) | 1,503,204.00 | 1,503,204.00 | | 140,000.00 | FA |
| 2.  40 Foot Recreational Vehicle | 146,814.00 | 146,814.00 | | 50,000.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.25 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,650,018.00 | $1,650,018.00 | | $190,007.25 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pending litigation; 13 adversary cases; Application to approve compromise pending set for hearing 12/15/11; motion granted; adversary cases closed; working on fee petitions and TFR; sent to UST; approved, filed and hrg on 12/20; checks drawn; all but one cleared as of 1/8/13; waiting to file TDR

Initial Projected Date of Final Report (TFR): 08/26/2013          Current Projected Date of Final Report (TFR): 08/26/2013

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 07-21123
Case Name: Computer World Solutions, Inc.

Trustee Name: STEVEN R. RADTKE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX0146
Checking

Taxpayer ID No: XX-XXX7516
For Period Ending: 02/11/2013

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/12 | | Transfer from Acct # xxxxxx0441 | Transfer of Funds | 9999-000 | $107,713.47 | | $107,713.47 |
| 09/21/12 | 2 | Patrick J. O'Malley Assignee for the Benefit of Creditors of Compuwter World Solution, Inc. 70 West Madison Street, Suite 2300 Chicago, IL 60602 | Proceeds of Sale of Recreational Vehicle | 1129-003 | $50,000.00 | | $157,713.47 |
| 09/21/12 | 2 | Patrick J. O'Malley Assignee for the Benefit of Creditors of Compuwter World Solution, Inc. 70 West Madison Street, Suite 2300 Chicago, IL 60602 | Proceeds of Sale of Recreational Vehicle Reversal Forgot to put in net deposit figure | 1129-003 | ($50,000.00) | | $107,713.47 |
| 09/21/12 | 2 | Patrick J. O'Malley Assignee for the Benefit of Creditors of Compuwter World Solution, Inc. 70 West Madison Street, Suite 2300 Chicago, IL 60602 | Proceeds of Sale of Recreational Vehicle | 1129-003 | $50,000.00 | | $157,713.47 |
| 12/21/12 | 1001 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $12,750.36 | $144,963.11 |
| 12/21/12 | 1002 | Steven R. Radtke 79 West Monroe Street, Suite 1305 Chicago, IL 60603 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $83.90 | $144,879.21 |
| 12/21/12 | 1003 | Popowcer Katten Ltd. 35 East Wacker Drive, Suite 1550 Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $3,460.00 | $141,419.21 |
| 12/21/12 | 1004 | Steven R. Radtke 79 West Monroe Street, Suite 1305 Chicago, IL 60603 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $3,525.00 | $137,894.21 |
| 12/21/12 | 1005 | Office Of The U.S. Trustee Office Of The U.S. Trustee <B> (Administrative)</B> 219 South Dearborn St. Room 873 Chicago, Il 60606 | Final distribution to claim 35 representing a payment of 100.00 % per court order. | 2950-000 | | $650.00 | $137,244.21 |

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

Page Subtotals: $157,713.47  $20,469.26

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-21123 | | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|
| Case Name: | Computer World Solutions, Inc. | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX0146 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX7516 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/11/2013 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/21/12 | 1006 | Perkins Coie Llp <B>(Administrative)</B> Attn: Daniel A. Zazove 131 S. Dearborn, Ste. 1700 Chicago, Il. 60603-5559 | Final distribution representing a payment of 89.68 % per court order. | 3701-000 | | $130,185.12 | $7,059.09 |
| 12/21/12 | 1007 | Perkins Coie Llp <B>(Administrative)</B> Attn: Daniel A. Zazove 131 S. Dearborn, Ste. 1700 Chicago, Il. 60603-5559 | Final distribution representing a payment of 89.68 % per court order. | 3702-000 | | $7,059.09 | $0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | $157,713.47 | $157,713.47 |
| | Less: Bank Transfers/CD's | | $107,713.47 | $0.00 |
| | Subtotal | | $50,000.00 | $157,713.47 |
| | Less: Payments to Debtors | | $0.00 | $0.00 |
| | Net | | $50,000.00 | $157,713.47 |

Page Subtotals:      $0.00      $137,244.21

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-21123

Case Name: Computer World Solutions, Inc.

Taxpayer ID No: XX-XXX7516

For Period Ending: 02/11/2013

Trustee Name: STEVEN R. RADTKE

Bank Name: Bank of America

Account Number/CD#: XXXXXX0441

Money Market Account

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/04/12 | 1 | Elaine L. Najman 1800 Mission Hills Road Northbrook, IL 60062 | Payment of proceeds of global settlement | 1241-000 | $7,895.88 | | $7,895.88 |
| 01/04/12 | 1 | Stuart M. Biegel 401 Chapel Hill Lane Northfield, IL 60093-2905 | Payment of proceeds of global settlement | 1241-000 | $862.88 | | $8,758.76 |
| 01/04/12 | 1 | Ryan and Juraska Certified Public Accountants 141 W. Jackson Boulevard Chicago, IL 60604 | Payment of proceeds of global settlement | 1241-000 | $680.96 | | $9,439.72 |
| 01/04/12 | 1 | George & Catherine Reichl 353 Park Drive Palatine, IL 60067-7757 | Payment of proceeds of global settlement | 1241-000 | $7,674.83 | | $17,114.55 |
| 01/04/12 | 1 | Packaging Source Inc. 5855 Arminta Avenue Frisco, TX 75034 | Payment of proceeds of global settlement | 1241-000 | $7,742.74 | | $24,857.29 |
| 01/04/12 | 1 | George & Susan Kelley 5233 Sky Lake Drive Plano, TX 75093 | Payment of proceeds of global settlement | 1241-000 | $7,507.77 | | $32,365.06 |
| 01/04/12 | 1 | Laurence R. and Mrs. Loanne G. Klein 4045 Crestwood Drive Northbrook, IL 60062-7542 | Payment of proceeds of global settlement | 1241-000 | $7,894.96 | | $40,260.02 |
| 01/04/12 | 1 | Larry R. Taub 5704 Cedar Grove Cir Plano, TX 75093 | Payment of proceeds of global settlement | 1241-000 | $6,062.43 | | $46,322.45 |
| 01/04/12 | 1 | Craig Sulak | Payment of proceeds of global settlement | 1241-000 | $820.31 | | $47,142.76 |
| 01/04/12 | 1 | Peter Schreter 6338 Victoria, Suite 8 | Payment of proceeds of global settlement | 1241-000 | $888.57 | | $48,031.33 |
| 01/04/12 | 1 | Leslie M. Hefter 1110 N. Lakeshore Drive, Apt. 31S Chicago, IL 60611-1054 | Payment of proceeds of global settlement | 1241-000 | $7,674.83 | | $55,706.16 |
| 01/04/12 | 1 | Gatex Properties Inc. 1245 Sherbrooke St.W. Suite 1840 Montreal, Quebec Canada H3G 1G2 | Payment of proceeds of global settlement | 1241-000 | $882.02 | | $56,588.18 |

Page Subtotals:                    $56,588.18            $0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 07-21123
Case Name: Computer World Solutions, Inc.

Trustee Name: STEVEN R. RADTKE
Bank Name: Bank of America
Account Number/CD#: XXXXXX0441
Money Market Account

Taxpayer ID No: XX-XXX7516
For Period Ending: 02/11/2013

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/11/12 | 1 | Astor Financial LLC<br>111 S. Wacker Drive, Suite 3950<br>Chicago, IL 60606 | Payment of proceeds of global settlement | 1241-000 | $83,411.82 | | $140,000.00 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.70 | | $140,000.70 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $1.11 | | $140,001.81 |
| 02/29/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $166.39 | $139,835.42 |
| 03/08/12 | 1001 | Steven R. Radtke<br>Chill, Chill & Radtke, P.C.<br>79 West Monroe Street, Suite 1305<br>Chicago, IL 60603 | Interim Trustee's Attorneys' Fees per order of Court dated 2/29/12 | 3110-000 | | $31,462.50 | $108,372.92 |
| 03/08/12 | 1002 | Steven R. Radtke<br>Chill, Chill & Radtke, P.C.<br>79 West Monroe Street, Suite 1305<br>Chicago, IL 60603 | Interim Trustee's Attorneys' Expenses per order of Court dated 2/29/12 | 3120-000 | | $248.64 | $108,124.28 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.97 | | $108,125.25 |
| 03/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $142.04 | $107,983.21 |
| 04/30/12 | INT | Bank of America | Interest Rate Posting | 1270-000 | $0.89 | | $107,984.10 |
| 04/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $137.19 | $107,846.91 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.91 | | $107,847.82 |
| 05/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $137.02 | $107,710.80 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.87 | | $107,711.67 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.92 | | $107,712.59 |

Page Subtotals:    $83,418.19    $32,293.78

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 07-21123 | | | | Trustee Name: STEVEN R. RADTKE | | Exhibit 9 |
| Case Name: Computer World Solutions, Inc. | | | | Bank Name: Bank of America | | |
| | | | | Account Number/CD#: XXXXXX0441 | | |
| | | | | Money Market Account | | |
| Taxpayer ID No: XX-XXX7516 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 02/11/2013 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/12 | INT | Bank of America | | 1270-000 | $0.88 | | $107,713.47 |
| 08/31/12 | | Transfer to Acct # xxxxxx0146 | Transfer of Funds | 9999-000 | | $107,713.47 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $140,007.25 | $140,007.25 |
| Less: Bank Transfers/CD's | $0.00 | $107,713.47 |
| Subtotal | $140,007.25 | $32,293.78 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $140,007.25 | $32,293.78 |

| | | |
|---|---|---|
| Page Subtotals: | $0.88 | $107,713.47 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0146 - Checking | $50,000.00 | $157,713.47 | $0.00 |
| XXXXXX0441 - Money Market Account | $140,007.25 | $32,293.78 | $0.00 |
| | $190,007.25 | $190,007.25 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $190,007.25 |
| Total Gross Receipts: | $190,007.25 |

Page Subtotals:                           $0.00              $0.00